IN RE:  MEDICAL REVIEW       *       NO. 2024-C-0795
PANEL PROCEEDINGS OF
TRAVIS PORCHE (D); PCF       *       COURT OF APPEAL
FILE NO. 2021-00615

                                          *       FOURTH CIRCUIT

                                          *       STATE OF LOUISIANA

                                          *

                                          *

                      * * * * * * *

*DLD*     **DYSART, J., CONCURS IN THE RESULT**